**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 729 MAL 2020

Respondent                 :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

v.                       :

                                :

SCOTT TIMOTHY WATKINS,        :

                                :

Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.